McGREGOR W. SCOTT
United States Attorney
Brian K. Delaney
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:19-MJ-00012 JLT |
| v. | ORDER TO UNSEAL CRIMINAL COMPLAINT AND SUPPORTING DOCUMENTS |
| JOSE LUIS RIVAS, JR., | |

**UNSEALING ORDER**

Upon application of the United States of America and good cause having been shown, the Court **ORDERS** the criminal complaint, the affidavit underlying the complaint and the arrest warrant in the above-entitled proceeding be unsealed.

IT IS SO ORDERED.

Dated:  **March 27, 2019**         /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE