1 **ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

6  ATTORNEY FOR Defendant,
JOSE LUIZ RIVAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00076-DAD-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE; ORDER** |
| | Date: **June 10, 2019** |
| JOSE LUIS RIVAS, JR., | Time: **1:00 p.m.** |
| | Courtroom: **3** |
| Defendant. | **Hon. Barbara A. McAuliffe** |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, JOSE LUIZ RIVAS, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day

and hour the Court may fix in his absence.

   Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED: June 4, 2019      By: */s/Jose Luiz Rivas*
                   JOSE LUIZ RIVAS
                   Defendant

                 Respectfully submitted,

DATED: June 4, 2019      By: */s/Anthony P. Capozzi*
                   ANTHONY P. CAPOZZI
                   Attorney for Defendant JOSE LUIZ
                   RIVAS

**<u>ORDER</u>**

IT IS SO ORDERED.

 Dated: **June 5, 2019**          /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE