**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE LUIZ RIVAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00076-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRAVEL OUTSIDE OF THE EASTERN DISTRICT OF CALIFORNIA** |
| JOSE LUIS RIVAS, JR., | |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On March 28, 2019, Defendant Jose Luiz Rivas made his initial appearance before this Court on a criminal complaint filed in the Eastern District of California charging him with conspiracy to distribute and possess with intent to distribute controlled substances. Mr. Rivas was released into the custody of Emilia Rodriguez Rivas after posting a $225,000 property bond with conditions set by this Court. Three of the conditions of his release are: (c) not be absent from his residence for more than 24 hours without prior approval of Pre-trial Services and travel is restricted to the Eastern District of California, unless otherwise approved in advance of Pre-trial Services; (f) seek and/or maintain employment, and provide proof to Pre-trial Services upon request; and (k) the Defendant is to participate in the location monitoring program with a curfew from 8:00 p.m. to 7:00 a.m. except for on Sundays – he is subject to home incarceration and must remain inside his residence at all times unless pre-approved by the Pre-trial Services officer.

1    Mr. Rivas owns a franchise for Snap-on Tools. Snap-On Tools is holding a franchisee conference from August 16 – 18, 2019, in Washington, D.C.  The franchisee conference is a massive product expo which provides business updates and the latest innovations to franchisees so they may advance their businesses.

Mr. Rivas would like to travel by plane with his wife Alexandra to Washington, D.C. on August 15, 2019, and returning on August 19, 2019. United States Pretrial Services Officer Frank Guerrero has advised defense counsel that he does not oppose this modification allowing Mr. Rivas to travel to Washington, D.C. He notes that Mr. Rivas is in full compliance, has performed well on pre-trial release and there are currently no supervision issues. Mr. Guerrero requests that Mr. Rivas first obtain permission from the Court and comply with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Rivas' conditions of release should be modified as follows:  Mr. Rivas shall be permitted to travel by plane to Washington, D.C. on Thursday, August 15, 2019, and returning no later than 8:00 p.m. on Monday, August 19, 2019, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:    July 17, 2019        By:    */s/Thomas M. Newman*
                                      THOMAS M. NEWMAN
                                      Assistant United States Attorney


DATED:    July 17, 2019        By:    */s/Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant JOSE LUIZ RIVAS

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to travel with his wife by plane to Washington, D.C. on **Thursday, August 15, 2019**, and return no later than 8:00 p.m. on

**Monday, August 19, 2019**, with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **July 17, 2019**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE