**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE LUIZ RIVAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00076-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO TRAVEL OUTSIDE OF THE EASTERN DISTRICT OF CALIFORNIA** |
| JOSE LUIS RIVAS, JR., | |
| Defendant. | |

**TO:    THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On March 28, 2019, Defendant Jose Luiz Rivas made his initial appearance before this Court on a criminal complaint filed in the Eastern District of California charging him with conspiracy to distribute and possess with intent to distribute controlled substances. Mr. Rivas was released into the custody of his mother, Emilia Rodriguez Rivas after posting a $225,000 property bond with conditions set by this Court. Three of the conditions of his release are: (c) not be absent from his residence for more than 24 hours without prior approval of Pre-trial Services and travel is restricted to the Eastern District of California, unless otherwise approved in advance of Pre-trial Services; and (k) the Defendant is to participate in the location monitoring program with a curfew from 8:00 p.m. to 7:00 a.m. except for on Sundays – he is subject to home incarceration and must remain inside his residence at all times unless pre-

1 approved by the Pre-trial Services officer.

2 Mr. Rivas changed his plea on October 28, 2019. He is currently awaiting sentencing
3 which is scheduled for March 16, 2020.

4 Mr. Rivas would like to travel by car with his wife Alexandra, children, parents, sister
5 and her husband and his brother and his wife to Anaheim, California on Friday, November 29,
6 2019, and returning on Sunday, December 1, 2019. Anaheim, California, is outside the travel
7 restrictions under Mr. Rivas' current conditions of release. United States Pretrial Services
8 Officer Frank Guerrero has advised defense counsel that Mr. Rivas is in full compliance, has
9 performed well on pre-trial release and there are currently no supervision issues. Mr. Guerrero
10 requests that Mr. Rivas first obtain permission from the Court and comply with any restrictions
11 that Pretrial Services may impose on such travel.

12 Accordingly, the parties agree and stipulate that Mr. Rivas' conditions of release should
13 be modified as follows: Mr. Rivas shall be permitted to travel by car with his immediate and
14 extended family to Anaheim, California on Friday, November 29, 2019, and returning no later
15 than 8:00 p.m. on Sunday, December 1, 2019, with the advance permission of, and as directed
16 by, Pretrial Services.

17 **IT IS SO STIPULATED**.

Respectfully submitted,

DATED: November 21, 2019 By: */s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney

DATED: November 21, 2019 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSE LUIZ RIVAS

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows:

1. The Defendant shall be permitted to travel with his wife by car to Anaheim, California on **Friday, November 29, 2019**, and returning no later than 8:00 p.m. on **Sunday, December 1, 2019.**

2. The Defendant must check-in with Pretrial Services Officer Frank Guerrero before leaving on Friday, November 29, 2019.

3. The Defendant must provide Pretrial Services Officer Frank Guerrero with telephone numbers and addresses of where they will be staying.

4. The Defendant must check-in with Pretrial Services Officer Frank Guerrero upon his return from Anaheim on Sunday, December 1, 2019.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __**November 22, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE