1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   JOSE LUIZ RIVAS
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11 | UNITED STATES OF AMERICA,            Case No.: 1:19-CR-00076-DAD-BAM

12 |         Plaintiff,

13 |     v.                              **STIPULATION AND ORDER TO**
                                         **MODIFY CONDITIONS OF RELEASE**
14 |

15 | JOSE LUIS RIVAS, JR.,

16 |         Defendant.

17 **TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**
18

19     It is hereby stipulated between the United States of America, by and through its

20 representative, Thomas Newman and the Defendant, Jose Luiz Rivas, by and through his attorney

21 of record, Anthony P. Capozzi, that release condition #7(k) imposed on Mr. Rivas on April 11,

22 2019 (docket #17), which requires home detention, curfew, and participation in the location

23 monitoring program be modified to show that Mr. Rivas is no longer required to be on home

24 detention with a curfew and location monitoring with a radio transmitter attached to his person.

25     All other conditions shall remain in full force and effect.

26     Defense counsel has spoken with pretrial services and the government and there is no

27 objection to this modification.

28

       **IT IS SO STIPULATED**.

Respectfully submitted,

DATED: December 20, 2019   By: */s/Thomas M. Newman*
                               THOMAS M. NEWMAN
                               Assistant United States Attorney


DATED: December 20, 2019   By: */s/Anthony P. Capozzi*
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant JOSE LUIZ RIVAS

## **ORDER**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition #7(k) imposed on Mr. Rivas on April 11, 2019 (docket #17), which required participation in the Location Monitoring program and Home Detention is hereby modified to show that Mr. Rivas is no longer required to be on Home Detention with participation in the Location Monitoring program with a radio transmitter attached to his person.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **December 20, 2019**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE