MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00076-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| JOSE RIVAS, JR., | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, JOSE RIVAS JR., by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until June 8, 2020, at 10:00 am.

1. This matter was charged by indictment on April 4, 2019.
2. The parties filed a written plea agreement on August 3, 2019, and the defendant changed his plea pursuant to that agreement on October 28, 2019.
3. Sentencing is currently set for March 16, 2020. At this time, the U.S. Probation Officer is preparing the Pre-Sentence Investigation Report and the government is waiting for additional information to supply to probation. Moreover, the defendant has certain obligations pursuant to the plea agreement that are currently being satisfied.
4. For those reasons, the parties stipulate to continue sentencing until June 8, 2020, at 10 am.

1

IT IS SO STIPULATED.

Dated: January 27, 2020                    MCGREGOR W. SCOTT
                                           United States Attorney

                                    By:    /s/ THOMAS NEWMAN
                                           THOMAS NEWMAN
                                           Assistant United States Attorney

DATED: January 27, 2020             By:    /s/ *Anthony Capozzi*
                                           ANTHONY CAPOZZI
                                           Attorney for Defendant
                                           JOSE RIVAS JR.

## **O R D E R**

IT IS ORDERED that sentencing in this matter is continued from March 16, 2020, to June 8, 2020, at 10 am.

IT IS SO ORDERED.

Dated: **January 27, 2020**

UNITED STATES DISTRICT JUDGE