MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOSE RIVAS, JR.,<br><br>    Defendants. | CASE NO. 1:19-CR-00076-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, JOSE RIVAS. JR., by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until November 30, 2020, at 10:00 am.

1. This matter was charged by indictment on April 4, 2019.
2. The parties filed a written plea agreement on August 3, 2019, and the defendant changed his plea pursuant to that agreement on October 28, 2019.
3. Sentencing is currently set for June 8, 2020.  At this time, the U.S. Probation Officer is preparing the Pre-Sentence Investigation Report and the government is waiting for additional information to supply to probation.
4. For those reasons, the parties stipulate to continue sentencing until November 30, 2020, at 10 am.

STIPULATION TO CONTINUE                                    1

IT IS SO STIPULATED.

Dated:  April 23, 2020                                           MCGREGOR W. SCOTT
                                                                                United States Attorney

                                                                    By:   /s/ THOMAS NEWMAN
                                                                                THOMAS NEWMAN
                                                                                Assistant United States Attorney

DATED: April 23, 2020                                     By:   /s/ *Anthony Capozzi*
                                                                                ANTHONY CAPOZZI
                                                                                Attorney for Defendant
                                                                                JOSE RIVAS JR.

# **O R D E R**

IT IS ORDERED that sentencing in this matter is continued from June 8, 2020, to November 30, 2020, at 10 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated:   **April 24, 2020**                              _____
                                                                              UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE                       2