**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE LUIZ RIVAS, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIZ RIVAS, JR.,<br><br>　　　　　Defendant. | Case No.: 1:19-CR-00076 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: **November 30, 2020**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |

**TO:　THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　　　This case is set for sentencing on November 30, 2020. On May 13, 2020, this Court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30, and April 17, 2020, addressing COVID-19 and attendant public health advisories. This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 30, 2020.

2. By this stipulation, defendant now moves to continue the sentencing until February 22, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government does not object to the continuance.

   b) In addition to the public health concerns cited by General Orders 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:

   (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) pursuant to General Orders 614, 620 and 624.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 30, 2020    By: */s/ Thomas M. Newman*
                               THOMAS M. NEWMAN
                               Assistant United States Attorney


DATED: October 30, 2020    By: */s/ Anthony P. Capozzi*
                               ANTHONY P. CAPOZZI
                               Attorney for Defendant JOSE LUIZ RIVAS, JR.

**ORDER**

2

1    IT IS SO ORDERED that the Sentencing Hearing is continued from November 30, 2020, to February 22, 2021, at 10:00 a.m. before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **October 30, 2020**  

_____
UNITED STATES DISTRICT JUDGE