MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>           v.<br><br>JOSE RIVAS, JR.,<br><br>      Defendants. | CASE NO. 1:19-CR-00076-DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, JOSE RIVAS. JR., by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until April 19, 2021, at 10:00 am.

1. This matter was charged by indictment on April 4, 2019.

2. The parties filed a written plea agreement on August 3, 2019, and the defendant changed his plea pursuant to that agreement on October 28, 2019.

3. Sentencing is currently set for February 22, 2021.  At this time, the parties are in the process of gathering additional information that bears upon the sentencing decision.  Additionally, the defendant does not consent to proceed with sentencing via videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) as authorized by General Orders 614, 620, 624, and 628.

4. For those reasons, the parties stipulate to continue sentencing until April 19, 2021, at 10 am.

1    IT IS SO STIPULATED.

2
Dated:  January 21, 2021                          MCGREGOR W. SCOTT
3                                                  United States Attorney

4
                                          By:   /s/ ANTONIO J. PATACA
5                                                ANTONIO J. PATACA
                                                 Assistant United States Attorney
6

7    DATED: January 21, 2021         By:    /s/ Anthony Capozzi
8                                           ANTHONY CAPOZZI
                                            Attorney for Defendant
9                                           JOSE RIVAS JR.

10

11                                **O R D E R**

12          IT IS ORDERED that sentencing in this matter is continued from February 22, 2021, to April 19,

13   2021, at 10 am.

14   IT IS SO ORDERED.

15     Dated:   **January 21, 2021**

16                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28