**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSE LUIZ RIVAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00076-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRAVEL OUTSIDE OF THE EASTERN DISTRICT OF CALIFORNIA** |
| JOSE LUIS RIVAS, JR., | |
| Defendant. | |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On March 28, 2019, Defendant Jose Luiz Rivas made his initial appearance before this Court on a criminal complaint filed in the Eastern District of California charging him with conspiracy to distribute and possess with intent to distribute controlled substances. Mr. Rivas was released into the custody of his mother, Emilia Rodriguez Rivas after posting a $225,000 property bond with conditions set by this Court. Two of the conditions of his release are: (c) not be absent from his residence for more than 24 hours without prior approval of Pre-trial Services and travel is restricted to the Eastern District of California, unless otherwise approved in advance of Pre-trial Services.

Mr. Rivas changed his plea on October 28, 2019. He is currently awaiting sentencing which is scheduled for April 20, 2021.

Mr. Rivas would like to travel by car with his wife Alexandra to Las Vegas, Nevada, on Thursday, March 25, 2021, and returning on Monday, March 29, 2021. Las Vegas, Nevada, is outside the travel restrictions under Mr. Rivas' current conditions of release.  United States Pretrial Services Officer Ryan Beckwith has advised defense counsel that he has no objections to Mr. Rivas' request as long as permission is obtained from the Court and he complies with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Rivas' conditions of release should be modified as follows:  Mr. Rivas shall be permitted to travel by car with his wife to Las Vegas, Nevada on Thursday, March 25, 2021, and returning no later than 8:00 p.m. on Monday, March 29, 2021, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:   March 10, 2021        By:   */s/Antonio J. Pataca*
                                     ANTONIO J. PATACA
                                     Assistant United States Attorney


DATED:   March 10, 2021        By:   */s/Anthony P. Capozzi*
                                     ANTHONY P. CAPOZZI
                                     Attorney for Defendant JOSE LUIZ RIVAS

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows:

1. The Defendant shall be permitted to travel with his wife by car to Las Vegas, Nevada on **Thursday, March 25, 2021**, and returning no later than 8:00 p.m. on **Monday, March 29, 2021.**

2. The Defendant must check-in with Pretrial Services Officer Ryan Beckwith before leaving on Thursday, March 25, 2021.

3. The Defendant must provide Pretrial Services Officer Ryan Beckwith with telephone numbers and addresses of where they will be staying.

4. The Defendant must check-in with Pretrial Services Officer Ryan Beckwith upon his return from Las Vegas on Monday, March 29, 2021.

All other conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 10, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE