PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00076-DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| JOSE RIVAS, JR., | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, JOSE RIVAS. JR., by and through his counsel, hereby agree and stipulate to continue sentencing in this matter until July 26, 2021, at 10:00 am.

1. This matter was charged by indictment on April 4, 2019.
2. The parties filed a written plea agreement on August 3, 2019, and the defendant changed his plea pursuant to that agreement on October 28, 2019.
3. Sentencing is currently set for April 20, 2021.  At this time, the parties are in the process of gathering additional information that bears upon the sentencing decision.  Additionally, the defendant does not consent to proceed with sentencing via videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) as authorized by General Orders 614, 620, 624, and 628.
4. For those reasons, the parties stipulate to continue sentencing until July 26, 2021, at 10 am.

IT IS SO STIPULATED.

Dated:  March 18, 2021                                   PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                   By:   /s/ ANTONIO J. PATACA
                                                         ANTONIO J. PATACA
                                                         Assistant United States Attorney

DATED: March 18, 2021                              By:   /s/ Anthony Capozzi
                                                         ANTHONY CAPOZZI
                                                         Attorney for Defendant
                                                         JOSE RIVAS JR.

**O R D E R**

   IT IS ORDERED that sentencing in this matter is continued from April 20, 2021, to July 26, 2021, at 10 am.

IT IS SO ORDERED.

   Dated:   **March 18, 2021**                            _____
                                                         UNITED STATES DISTRICT JUDGE