ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:       (559) 221-0200
Facsimile:        (559) 221-7997
E-Mail:            Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
JOSE RIVAS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.  1:19-CR-76-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| JOSE RIVAS, JR, | Date;  July 26, 2021<br>Time:  9:00 a.m. |
| Defendant. | Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

This case set for sentencing on July 26, 2021.  On May 13, 2021, this court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and April 17, 2020, addressing COVID-19 and the attendant public head advisories.  This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 26, 2021.
2. By this stipulation, defendant now moves to continue the sentence until October 12, 2021.
3. The parties agree and stipulate, and request that the Court find the following:
    a) The government does not object to the continuance.
    b) In addition to the public health concerns cited by General Orders 611 and presenting by the evolving COVID-19 pandemic, an ends-of -justice delay is particularly apt in this case because:
        (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) PURSUANT TO General orders 614, 620 and 624.
    c) Defense attorney is scheduled for surgery on July 20, 2021, and is anticipated to be in recovery from six to eight weeks.

IT IS SO STIPULATED.

DATED: June 23, 2021, BY: */s/ Antonio Pataca*___
ANTONIO PATACA
Assistant United States Attorney

DATED: June 23, 2021, BY: */s/ Anthony P. Capozzi*___
ANTHONY P. CAPOZZI, Attorney for
JOSE RIVAS JR.

**ORDER**

Upon the stipulation of the parties, the Sentencing Hearing in this action is continued from July 26, 2021, to October 12, 2021, at 10:00 a.m. before District Judge Dale A. Drozd. No further continuances of the sentencing in this matter will be granted absent a compelling showing of good cause.[1]

IT IS SO ORDERED.

Dated: **June 24, 2021**

UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that even during the courthouse closure necessitated by the pandemic, in person appearances before the court for change of plea or sentencing were available upon request. Now that the courthouses of this district have reopened in person appearances are certainly available if desired.