ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIZ RIVAS, JR., <br> Defendant. | CASE NO.: 1:19-CR-00076-DAD-BAM <br><br> **STIPULATION AND ORDER TO TRAVEL OUTSIDE OF THE EASTERN DISTRICT OF CALIFORNA** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On March 28, 2019, Defendant Jose Luiz Rivas made his initial appearance before this Court on a criminal complaint filed in the Eastern District of California charging him with conspiracy to distribute and possess with intent to distribute controlled substances.  Mr. Rivas was release into the custody of Emilia Rodriquez Rivas after posting a $225,000 property bond with conditions set by this Court.  Three of the conditions of his release are: (c) not be absent from his residence for more than 24 hours without prior approval of Pre-Trial Services and travel is restricted to the Easter District of California, unless otherwise approved in a advance of Pre-Trial Services; (f) seek and/or maintain employment, and provide proof to Pre-Trial Services upon request; and (k) the Defendant is to participate in the location monitoring program with a

curfew from 8:00 p.m. to 7:00 a.m. except for on Sundays- he is subject to home incarceration and must remain inside his residence at all times unless pre-approved by the Pre-Trial Services officer.

    Mr. Rivas owns a franchise for Snap-On Tools.  Snap-On Tools is holding a franchisee conference from August 11 – 17, 2021, in Orlando, FL.  The franchisee conference is a massive product expo which provides business updates and the latest innovations to franchisees so they may advance their businesses.

    Mr. Rivas would like to travel by plane with his wife Alexandra to Orlando, FL. On August 11, 2021 and returning on August 17, 2021.  United States Pre-Trial Services Officer Ryan Beckwith has been advised defense counsel that he does not oppose this modification allowing Mr. Rivas to travel to Orlando, FL.  He notes that Mr. Rivas is in full compliance, has performed well on Pre-Trial release and there are currently no supervision issues.  Mr. Beckwith requests that Mr. Rivas first obtain permission from the Court and comply with any restrictions that Pre-Trial Services may impose on such travel.

    Accordingly, the parties agree and stipulate that Mr. Rivas' conditions of release should be modified as follows:  Mr. Rivas shall be permitted to travel by plane to Orlando, FL. On Wednesday August 11, 2021, and returning no later than 8:00 P.M. on Tuesday August 17, 2021, with the advance permission of, and as directed by, Pre-Trial Services.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  July 16, 2021,  By:  /s/ Antonio Pataca
                                                                ANTONIO PATACA
                                                                Assistant United States Attorney

DATED:  July 16, 2021,  By:  */s/ Anthony P. Capozzi*
                                                              ANTHONY P. CAPOZZI, Attorney for
                                                             Jose Luiz Rivas jr.

# **ORDER**

For reason set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to travel with his wife by plane to Orlando, FL. On Wednesday August 11, 2021, and return no after than 8:00 p.m. on Tuesday August 17, 2021, with the advance permission of, and as directed by, Pre-Trial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: July 20, 2021

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE