ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:19-CR-00076-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JOSE LUIZ RIVAS, JR., | ) | Date: October 12, 2021 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

    This case is set for sentencing on October 12, 2021.  On May 13, 2021, this court issued

General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and April 17,

2021, addressing COVID-19 and the attendant public head advisories.  This court declared a

judicial emergency on April 9, 2020, pursuant to 18 U.S. C. § 3174, and the Ninth Circuit

Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an

additional one-year period and suspending the time limits of 18 U.S.C. §3161(c) until May 2,

2021.

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, herby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 26, 2021, and on October 12, 2021.
2. By this stipulation, defendant now moves to continue the sentence to January 10, 2022.
3. The parties agree and stipulate, and request that the Court find the following:
    a) The government does not object to the continuance.
    b) In addition to the public health concerns cited by General Orders 611 and presenting by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:
       (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) PURSUANT TO General orders 614, 620 and 624.
    c) Defense attorney had surgery on July 20, 2021 and was not released from the hospital until July 31, 2021. It is anticipated that recovery will be from six to eight weeks.
    d) Defense counsel has attended sporadic court hearings during his recovery period, however, was not able to file Informal Objections which was due on September 7, 2021.
    e) Defense attorney begins a murder trial in Tulare County on November 29, 2021, which is scheduled to last six to eight weeks.
    f) The continuance of sentencing until January 10, 2021, would allow Defendant's attorney time to file informal and formal objections and to prepare for sentencing.

**IT IS STIPULATED.**

                                                             Respectfully submitted,

DATED:     September 8, 2021,          BY: */s/ Antonio Pataca*
                                       ANOTONIO PATACA
                                       Assistant United States Attorney


DATED:     September 8, 2021,          BY: */s/ Anthony P Capozzi*
                                       ANTHONY P. CAPOZZI, Attorney for
                                       Jose Luiz Rivas jr.


## ORDER

Upon the stipulation of the parties, the Sentencing Hearing in this action is continued from October 12, 2021, to January 10, 2022, at 10:00 a.m. before District Judge Dale A. Drozd. No further continuances of the sentencing in this matter will be granted absent a compelling showing of good cause. [1]

IT IS SO ORDERED.

Dated: **September 9, 2021**            _____
                                        UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that even during the courthouse closure necessitated by the pandemic, in person appearances before the court for change of plea or sentencing were available upon request. Now that the courthouses of this district have reopened in person appearances are certainly available if desired.