ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:19-CR-00076-DAD-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JOSE LUIZ RIVAS, JR., | ) ) | Date: January 10, 2022 |
| Defendant. | ) ) ) ) | Time: 10:00 a.m. Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    This case is set for sentencing on January 10, 2022.  On May 13, 2021, this court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and April 17, 2021, addressing COVID-19 and the attendant public head advisories.  This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S. C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. §3161(c) until May 2, 2021.

1

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, herby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 12, 2021, and on January 10, 2022.
2. By this stipulation, defendant now moves to continue the sentence to March 10, 2022.
3. The parties agree and stipulate, and request that the Court find the following:
    a) The government does not object to the continuance.
    b) In addition to the public health concerns cited by General Orders 611 and presenting by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:
        (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) PURSUANT TO General orders 614, 620 and 624.
    c) Defense attorney began a murder trial in Tulare County on November 29, 2021, which was completed on December 23, 2021.
    d) The continuance of sentencing until March 10, 2022, would allow Defendant's attorney time to file informal and formal objections and to prepare for sentencing.

**IT IS STIPULATED.**

                                                  Respectfully submitted,

DATED:   January 4, 2022,   BY: */s/ Antonio Pataca*
                                                       ANOTONIO PATACA
                                                       Assistant United States Attorney

DATED:     January 4, 2022,                         BY: */s/ Anthony P Capozzi*
                                                    ANTHONY P. CAPOZZI, Attorney for
                                                    Jose Luiz Rivas jr.

## ORDER

Upon the stipulation of the parties, the Sentencing Hearing in this action is continued from January 10, 2022, to March 10, 2022, at 10:00 a.m. before District Judge Dale A. Drozd. No further continuances of the sentencing in this matter will be granted absent a compelling showing of good cause.<sup>1</sup>

IT IS SO ORDERED.

Dated:   **January 4, 2022**                      _____
                                                   UNITED STATES DISTRICT JUDGE

---

1 The court also notes that even during the courthouse closure necessitated by the pandemic, in person appearances before the court for change of plea or sentencing were available upon request. The courthouses of this district are as of this date open to the public with masking requirements in place and in person appearances before the court are certainly available upon request if desired by any party.