ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JOSE LUIZ RIVAS, JR.,  )<br>Defendant.  )<br>)<br>_____ ) | CASE NO.: 1:19-CR-00076-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: March 10, 2022<br>Time: 10:00 a.m.<br>Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

    This case is set for sentencing on March 10, 2022.  On May 13, 2021, this court issued

General Order 618, supplementing prior orders issued on March 12, 17, 18, 30 and April 17,

2021, addressing COVID-19 and the attendant public head advisories.  This court declared a

judicial emergency on April 9, 2020, pursuant to 18 U.S. C. § 3174, and the Ninth Circuit

Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an

additional one-year period and suspending the time limits of 18 U.S.C. §3161(c) until May 2,

2021.

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, herby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 12, 2021, and on January 10, 2022, and March 10, 2022.
2. By this stipulation, defendant now moves to continue the sentence to June 6, 2022.
3. The parties agree and stipulate, and request that the Court find the following:
    a) The government does not object to the continuance.
    b) In addition to the public health concerns cited by General Orders 611 and presenting by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:
        (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) PURSUANT TO General orders 614, 620 and 624.
    c) Defense attorney needs additional time to receive post plea discovery and to provide letters of support from family and friends of the defendant.
    d) The continuance of sentencing until June 6, 2022, would allow Defendant's attorney time to file informal and formal objections and to prepare a sentencing Memorandum.

**IT IS STIPULATED.**

Respectfully submitted,

DATED:    February 10, 2022,              BY: */s/ Antonio Pataca*_____
                                          ANTONIO PATACA
                                          Assistant United States Attorney

DATED:     February 10, 2022,            BY: */s/ Anthony P Capozzi*_____
                                             ANTHONY P. CAPOZZI, Attorney for
                                             Jose Luiz Rivas jr.

## ORDER

Upon the stipulation of the parties, the Sentencing Hearing in this action is continued from March 10, 2022 to June 6, 2022, at 10:00 a.m. No further continuances of the sentencing in this matter will be granted absent a compelling showing of good cause. [1]

IT IS SO ORDERED.

Dated:   **February 10, 2022**                  _____
                                                UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that even during the courthouse closure necessitated by the COVID-19 pandemic, in person appearances before the court for change of plea or sentencing hearings were available upon the request of the parties. Now that the courthouses of this district have reopened to the general public, in person appearances for those purposes are certainly available if so desired. Therefore, this continuance is being granted only in order to provide defense counsel to prepare for sentencing.