ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

****** 

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) CASE NO.: 1:19-CR-00076 ADA-BAM |
| Plaintiff, | ) |
| v. | ) **MOTION FOR TRANSCRIPT OF** |
| | ) **SENTENCING AND ORDER** |
| JOSE LUIZ RIVAS, JR., | ) |
| Defendant. | ) |
| _____ | ) |

Defendant, Jose Luis Rivas Jr, by and through his attorney, Anthony P. Capozzi, moves

for a Court Order to allow the court reporter to transcribe the sentencing proceeding for the

Defendant's attorney, Anthony P. Capozzi.


DATED:       January 31, 2023,            BY: */s/ Anthony P Capozzi*_____
                                          ANTHONY P. CAPOZZI, Attorney for
                                          Jose Luiz Rivas Jr.

## **ORDER**

It is hereby ORDERED that the Court Reporter transcribe the sentencing proceedings for Defendant's Attorney, Anthony P. Capozzi.

IT IS SO ORDERED.

Dated:   February 1, 2023

_____

UNITED STATES DISTRICT JUDGE