ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSE LUIZ RIVAS JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE LUIZ RIVAS, JR.,<br>            Defendant. | CASE NO.: 1:19-CR-00076-ADA-BAM<br><br>**EMERGENCY STIPULATION TO EXTEND SURRENDER DATE TO APRIL 24, 2023** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

   The defendant, Jose L. Rivas, Jr., by and through his Attorney, Anthony P. Capozzi, and Assistant United States Attorney, Antonio Pataca stipulate that the defendant, Jose L. Rivas Jr., surrender date of March 23, 2023, to be extended to April 24, 2023, in order to complete the transfer of his Snap-On-Tools business.

DATED:    March 23, 2023,    By:    */s/ Anthony P. Capozzi*_____
                                                       ANTHONY P. CAPOZZI, Attorney for
                                                       Jose Luiz Rivas Jr.

DATED:    March 23, 2023,    By:    */s/ Antonio Pataca*_____
                                                       ANTONIO J. PATACA,
                                                       Assistance U.S. Attorney

**ORDER**

It is hereby ordered that the surrender date of March 23, 2023 for the Defendant, Jose L. Rivas, Jr., be extended to April 24, 2023.  There will be no further extensions.

IT IS SO ORDERED.

Dated:   March 23, 2023

_____
UNITED STATES DISTRICT JUDGE